**Order entered January 12, 2023**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00893-CV

### MATTHEW FULLER AND FULLER WEALTH MANAGEMENT, LLC, Appellants

### V.

### CRAIG HAUSZ, MICHELLE HAUSZ, CMH ADVISORS, PLLS, AND CMH WEALTH MANAGEMENT, LLC, Appellees

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-01154-2022**

### ORDER

Before the Court is appellees' January 11, 2023 second unopposed motion for extension of time to file their brief. Because this is an accelerated appeal, we **GRANT** the motion to the extent we **ORDER** the brief be filed no later than January 31, 2023. We caution appellees that further extension requests will be disfavored.

/s/     BILL PEDERSEN, III
          JUSTICE